BOBBY SAADIAN, SBN 250377
E-Mail bobby@wilshirelawfirm.com
NICOL E. HAJJAR, SBN 303102
E-Mail nicol@wilshirelawfirm.com
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone (213) 381-9988
Facsimile (213) 381-9989

Attorneys for Plaintiff, BENJAMIN LERNER

KARL R. LINDEGREN, SBN 125914
E-Mail klindegren@fisherphillips.com
ASHTON M. RILEY, SBN 310528
E-Mail ariley@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendant, WILLIAM H. SADLIER, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BENJAMIN LERNER,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM H. SADLIER, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No: CV 18-1221-GW(SSx)<br>Honorable George H. Wu<br><br>**ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE**<br><br>Complaint Filed: January 11, 2018<br>Trial Date: February 5, 2019 |

## **ORDER**

The Court, having considered the parties' Joint Stipulation to Dismiss Claims with Prejudice, and finding good cause therefore, adopts the terms thereof as the Order of the Court, and hereby orders that case no. 2:18-cv-01221 GW (SSx) be dismissed in its entirety with prejudice.

IT IS SO ORDERED

Dated: September 12, 2018

_____
Hon. George H. Wu
United States District Judge

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On September 10, 2018, I served the foregoing document entitled **ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE,** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Bobby Saadian<br>Nicol E. Hajjar<br>Wilshire Law Firm<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90010 | *Attorneys for Plaintiff,*<br>*BENJAMIN LERNER*<br><br>Tel.: (213) 381-9988<br>Fax: (213) 381-9989 |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed September 10, 2018 at Irvine, California.

| Ashton M. Riley | By: /s/ ASHTON M. RILEY |
|---|---|
| Print Name | Signature |